**No. 56018.**—Bloch Freres, Inc., et al. *v.* United States, protests 59612–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.